IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FREDERICK BANKS, )
)
    Plaintiff, )
)
v. ) CASE NO. CV417-137
)
SOO SONG, United States )
Attorney; ROBERT CESSAR, )
AUSA; MARK R. HORNAK, J; )
UNITED STATES DISTRICT COURT )
FROM THE WESTERN DISTRICT OF )
PENNSYLVANIA; SEAN LANGFORD, )
S.A; ROBERT WARNER, S.A.; )
ROBERT SMITH, S.A. in charge; )
MAKE POMPEO; FEDERAL BUREAU )
OF INVESTIGATION; CENTRAL )
INTELLIGENCE AGENCY; UNITED )
STATES MARSHALS; and ANDRIAN )
ROE, Esquire; )
)
    Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which objections have been filed (Doc. 5). After a careful de novo review of the record, the Court concludes that Plaintiff's objections are without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's Motions to Proceed In Forma Pauperis (Doc. 2; Doc, 4) are **DENIED** and his complaint is **DISMISSED**

**WITHOUT PREJUDICE.** The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 30th day of August 2017.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA